In the Matter of Joseph W. Sidenberg et al., as Trustees under the Will of Gustavus Sidenberg, Deceased, Appellants, against Alger B. Chapman et al., Constituting the Tax Commission of the State of New York, Respondents.

Argued October 19, 1948; decided November 24, 1948.

*David Oppenheim, Lewis M. Isaacs, Jr., M. S. Isaacs* and *I. S. Isaacs* for appellants.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr.,* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

In the Matter of the Claim of CLARA COOPER, Respondent, against BRUNSWICK CIGAR Co., INC., et al., Appellants.

WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted October 20, 1948; decided November 24, 1948.